LIMITED LIABILITY COMPANY RESOLUTION

THE UNDERSIGNED, being a member of 25-54 Crescent Realty, LLC, a Limited Liability Company organized under the laws of the State of New York, DOES HEREBY CERTIFY, that at a special meeting of the members of said limited liability company, duly held on February 8, 2017 at which a quorum of the members were present, acting and duly waived notice of the meeting, the following resolution was duly adopted:

WHEREAS, this limited liability company is generally not paying its debts as they become due, it is

RESOLVED, that the limited liability company, be and it hereby is authorized to take such steps as may be necessary to the best interest of the limited liability company and the general creditors, but not limited to the filing of a petition under Chapter 11 of the Bankruptcy Code, to sign such petitions, affidavits, and plans as may be required in said proceedings, and it is hereby authorized and empowered to retain the firm of MACCO & STERN, LLP as their attorneys in this matter.

IN WITNESS WHEREOF, I have signed the certificate and affixed the limited liability company seal thereto by order of said Members.

Dated:  Islandia, New York
         February 8, 2017

                                        25-54 Crescent Realty LLC

                                        By: /s/ Petros Konstantelos_____
                                            Petros Konstantelos
                                            Member